| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _**X**_ Patents or ___ Trademarks:

| **DOCKET NO.**<br>3:13–cv–02934–LAB–DHB | **DATE FILED**<br>12/6/13 | **US District Court** Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br>e.Digital Corporation | | DEFENDANT<br>SK hynix, Inc., et al. |

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| **1.** 5,839,108 | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>John Morrill, Acting Clerk of Court | (BY) DEPUTY CLERK | DATE |
|---|---|---|