ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| e.Digital Corporation, | Case No. 3:13-cv-2934-LAB-DHB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF ANTON N. HANDAL ON BEHALF OF PLAINTIFF, E.DIGITAL CORPORATION** |
| v. | |
| SK hynix, Inc.; and, SK hynix, America, Inc.; | **DEMAND FOR JURY TRIAL** |
| Defendants. | **Assigned to the Honorable Judge Larry Alan Burns** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that the following attorney shall now appear on behalf of Plaintiff, e.Digital Corporation in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers in this action on behalf of e.Digital Corporation:

Anton N. Handal, Esq. (CA SBN #113812)

Handal & Associates

1200 Third Avenue Suite 1321

San Diego, CA 92101

Telephone: 619-544-6400

Facsimile: 619-696-0323

Email: anh@handal-law.com

Anton N. Handal is admitted to practice and in good standing in the State of California, and was admitted to practice in the United States District Court for the Southern District of California on June 15, 1984.

Dated: December 12, 2013  **HANDAL & ASSOCIATES**

By: /s/Anton N. Handal
Anton N. Handal
Gabriel G. Hedrick
Pamela C. Chalk
Attorneys for Plaintiff
e.Digital Corporation

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*NOTICE OF APPEARANCE OF ANTON N. HANDAL ON BEHALF OF E.DIGITAL CORPORATION* -2- CASE NO. 3:13-CV-2934-LAB-DHB

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 12th day of December at San Diego, California.

Dated: December 12, 2013     **HANDAL & ASSOCIATES**

By: /s/Anton N. Handal
    Anton N. Handal
    Gabriel G. Hedrick
    Pamela C. Chalk
    Attorneys for Plaintiff
    e.Digital Corporation

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*NOTICE OF APPEARANCE OF ANTON N. HANDAL ON BEHALF OF E.DIGITAL CORPORATION*    -3-    CASE NO. 3:13-CV-2934-LAB-DHB