# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

e.Digital Corporation

Plaintiff,

v.

SK hynix, Inc. et al

Defendant.

Case No. 13cv2934-LAB(DHB)

REPORT OF CLERK AND ORDER
OF TRANSFER PURSUANT TO
"LOW-NUMBER" RULE

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 13cv2888-H(BGS)
    Title: e.Digital Corporation v. ADATA Technology Co., Ltd et al
    Nature of Case: 830 Patent

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☒ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessay duplication of labor if heard by different judges. |

**New Case #:** 13cv2934-H(BGS)

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Acting Clerk of Court,

Dated: 12/12/13         By: s/ J. Ortiz

J. Ortiz, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 12/20/13

Marilyn L. Huff
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Marilyn L. Huff and Magistrate Judge Bernard G. Skomal for all further proceedings.

Dated: 12-23-13

Larry A. Burns
United States District Judge