United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 09 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

e.Digital Corporation

Plaintiff,

v.

SK hynix, Inc., et al

Defendant

No. 13cv02934-LAB-DHB

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low Numbered" Case No.    12cv02543-DMS-WVG

Title:    e.Digital Corporation v. Diasonic Technology Co., LTD et al

Nature of Case:    830 Patent

The above "low numbered" case and the present case appear

__x__ (1)    to arise from the same or substantially identical transactions, happenings or events; or

__x__ (2)    involve the same or substantially the same parties or property; or

__x__ (3)    involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__x__ (4)    call for determination of the same or substantially identical questions of law; or

__x__ (5)    where a case is refiled within one year of having previously been terminated by the Court; or

__x__ (6)    for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:    13cv02934-DMS-WVG

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

W. Samuel Hamrick, Jr., Clerk of Court,

DATED:    December 10, 2013    By: s/K. Johnson

(By) Deputy,

ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE
I hereby decline to consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule. See case no. 13cv-2916.

DATED: 12-11-13

Dana M. Sabraw
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Dana M. Sabraw and Magistrate Judge William V. Gallo for all further proceedings.

DATED: _____    _____

Larry Alan Burns
United States District Judge