UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SK HYNIX, INC.; and, SK HYNIX, AMERICA, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 13-cv-2934-H-BGS<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND**<br><br>[Doc. No. 12] |

On December 6, 2013, Plaintiff e.Digital Corporation filed its complaint against Defendants. (Doc. No. 1.) On January 16, 2014, Plaintiff served Defendant SK hynix, America, Inc. with the complaint. (Doc. No. 10 at 2.) On January 28, 2014, Defendant SK hynix, Inc. agreed to waive service of the Summons and Complaint. (Doc. No. 11.) On January 28, 2014, Plaintiff filed an unopposed, ex parte motion to extend Defendant SK hynix, America, Inc.'s deadline to answer or otherwise respond to the complaint. (Doc. No. 12.)

///
///
///
///

The Court, for good cause shown, grants the motion. Defendant must answer or otherwise respond to Plaintiff's complaint on or before **April 24, 2014.**

**IT IS SO ORDERED.**

DATED: February 5, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT